**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

AXEL ROBERTO OLIVIA CORTEZ,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-02989-RFB-MDC

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3), it has come to the Court's attention that Petitioner, Axel Roberto Olivia Cortez, has another habeas proceeding pending in this District: Cortez v. Blanche, No. 2:26-CV-01202-GMN-MDC.

Accordingly, **IT IS HEREBY ORDERED** that, on or before September 24, 2026, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. See Cortez v. Blanche, No. 2:26-CV-01202-GMN-MDC..

**DATED:** September 22, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**